**In re: Don RICHARDS, Petitioner.**

No. 05–5516.

United States Court of Appeals,
Third Circuit.

Submitted Under Rule 21, Fed. R. App. Pro.
Jan. 27, 2006.

Filed May 16, 2006.

**146**

Don Richards, White Deer, PA, pro se.

Before: Chief Judge SCIRICA, WEIS and GARTH, Circuit Judges.

## OPINION

PER CURIAM.

Don Richards petitions for a writ of mandamus directing the District Court of the Virgin Islands to rule on his pending 28 U.S.C. § 2255 motion to vacate or correct his conviction. As the District Court denied the § 2255 motion on April 26, 2006, we will deny the instant petition as moot.